UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ONE TREASURE LIMITED, INC.,<br>    *Plaintiff,* | § § § | |
| v. | § § § § | CIVIL ACTION NUMBER<br>AO 9 CA 335 SS |
| M&C SAATCHI LA, INC.,<br>    d/b/a M&C SAATCHI, | § § § | JURY |
| BONNIER CORPORATION, and | § § | |
| AMERICAN EXPRESS PUBLISHING<br>    CORPORATION,<br>    *Defendants* | § § § § | |

## PLAINTIFF'S STIPULATION OF DISMISSAL
## OF SUIT AGAINST DEFENDANTS

COMES NOW PLAINTIFF, One Treasure Limited, Inc., and files this its Stipulation of Dismissal of Suit Against Defendants, and in support would show the Court as follows:

1.  One Treasure Limited and Defendants have settled their dispute. None of the Defendants have filed an answer. Plaintiff hereby dismisses all claims against Defendants with prejudice to the refiling of same except as may be allowed under the Parties' settlement agreement.

Respectfully submitted,

_____
Justin M. Welch
State Bar No. 24003876
Attorney for One Treasure Limited, Inc.

**A member of the Firm of:**

Blazier, Christensen, Bigelow, & Virr, P.C.
221 West 6th Street, Suite 1500
Austin, Texas 78701
512.476.2622
(fax) 512.476.8685

Page 1 of 1

F:\Clients\19000 C-19600-01-19999-003\19632 - Baker, Vic  General File\19632.019 - baker - curacao\STIPULATION OF DISMISSAL - jmw.doc