IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ONE TREASURE LIMITED, INC.,
    Plaintiff,

-vs-                                  Case No. A-09-CA-335-SS

M&C SAATCHI LA, INC., d/b/a M&C
SAATCHI, BONNIER CORPORATION, and
AMERICAN EXPRESS PUBLISHING
CORPORATION,
    Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Plaintiff's Stipulation of Dismissal of Suit Against Defendants [#7] filed by the Plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Plaintiff's Stipulation of Dismissal of Suit Against Defendants [#7] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 8th day of July 2009.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

